CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: JACKSON

COUNTY: HINDS

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ___ DOCKET # 3:14CR91 DCB-LRA
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 14 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  _X_ NO

MATTER TO BE SEALED: ___ YES  _X_ NO

NAME/ALIAS: SHARON GIBBS

**U.S. ATTORNEY INFORMATION:**

AUSA  J. SCOTT GILBERT          BAR # 102123

INTERPRETER: _X_ NO  ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 2    ___ PETTY  ___ MISDEMEANOR   2 FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
| --- | --- | --- | --- |
| Set 1  18:371.F | 18: USC § 371 | Conspiracy | 1 |
| Set 2  18:1709.F | 18: USC § 1709 | THEFT OF MAIL MATTER BY OFFICER OR EMPLOYEE | 14 |

Date: 4-2-14         **SIGNATURE OF AUSA**: _[signature]_

Revised 2/26/2010